IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 4:11CR3132 |
| v. | ) ) | **ORDER** |
| JOHN CHARLES, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Request to File Restricted Documents (filing 45).  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file as restricted the following documents:

1) Defendant's Motion for Variance (filing 46);

2) Defendant's Brief in Support of Motion for Variance (filing 47);

3) Defendant's Evidentiary Index in Support of Motion for Variance (filing 48); and

4) Defendant's Motion to Continue Sentencing (filing 49).

IT IS FURTHER ORDERED that the foregoing filings be made available to case participants only.

DATED this 30th day of July, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge