IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:11CR3132 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JOHN CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Request to File A Restricted Document, filing 72. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file the Defendant's Status Report as a restricted document.

IT IS FURTHER ORDERED that the foregoing filing be made available to case participants only.

DATED this 18th day of June, 2013.

BY THE COURT

*Richard G. Kopf*
Senior United States District Judge