IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3132 |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN W. CHARLES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that counsel for the defendant shall file a report from the treatment provider stating the anticipated date that Mr. Charles will complete the sex offender specific treatment program. The report shall be filed no later than September 19, 2013.

   DATED this 9th day of September, 2013.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge