IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:11CR3132 |
| vs. | |
| JOHN W. CHARLES, | ORDER |
| Defendant. | |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for June 16, 2016 at 1:00 p.m.

2) The defendant shall comply with all terms and conditions of probation which were imposed at sentencing,

April 19, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge