IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:11CR3132 |
| vs. | ORDER |
| JOHN W. CHARLES, | |
| Defendant. | |

Before the Court is the request for production of a CD of hearings held on 09/22/2016 and 09/26/2016, Filing Nos. 121 and 124.

1. The request for production of a CD, Filing No. 132, is granted.

2. The Clerk of Court is ordered to prepare a CD of the hearings held on 09/22/2016 and 09/26/2016, and mail the CD to the requestor.

Dated this 29th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge