IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3132 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN W. CHARLES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Plaintiff shall respond to Defendant's Motion to Modify Conditions of Release (filing no. 134) and Motion for Injunctive Relief (filing no. 135) on or before November 6, 2019. Upon the filing of the Plaintiff's response(s), the matter shall be deemed submitted for the undersigned's consideration.

DATED this 23rd day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge