IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3132 |
| v. | ) | |
| JOHN W. CHARLES, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's Motion for Extension of Time (Filing no. 137) is granted. Plaintiff's Response to Defendant's Motion to Modify Conditions of Release (Filing no. 134) and Motion for Injunctive Relief (Filing no. 135) shall be filed on or before November 25, 2019. Upon the filing of Plaintiff's response(s), the matter shall be deemed submitted for the undersigned's consideration.

DATED this 5th day of November, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge